| Last | First | 1099 | W2 | Service Award | Total Payment |
|---|---|---|---|---|---|
| Pryor | Jenna | $ 1,741.77 | $ 1,741.77 | $ 5,000.00 | $ 8,483.54 |
| Wagner | Matthew | $ 992.67 | $ 992.67 | | $ 1,985.34 |
| Richards | Zane | $ 527.19 | $ 527.19 | | $ 1,054.38 |
| Grasso | Samantha | $ 335.67 | $ 335.66 | | $ 671.33 |
| Smith | Kamrym | $ 2,936.70 | $ 2,936.70 | $ 5,000.00 | $ 10,873.40 |
| Hughes | Reagan | $ 2,180.81 | $ 2,180.81 | $ 5,000.00 | $ 9,361.62 |
| Lewis | William | $ 1,028.33 | $ 1,028.33 | | $ 2,056.66 |
| Hall | Taner | $ 461.07 | $ 461.07 | | $ 922.14 |
| Parman | Haley | $ 2,084.34 | $ 2,084.34 | | $ 4,168.68 |
| Thomas | Alison | $ 1,842.10 | $ 1,842.10 | | $ 3,684.20 |
| Hallmark | Jordan | $ 1,339.37 | $ 1,339.37 | | $ 2,678.74 |
| Lokey | Mary | $ 706.38 | $ 706.38 | | $ 1,412.76 |
| Fahmy | Matthew | $ 1,893.94 | $ 1,893.94 | | $ 3,787.88 |
| Leite | Ryan | $ 2,428.50 | $ 2,428.50 | | $ 4,857.00 |
| Buenabad | Eric | $ 314.22 | $ 314.21 | | $ 628.43 |
| Burchett | Thomas | $ 196.72 | $ 196.72 | | $ 393.44 |
| Conley | Bridgette | $ 750.80 | $ 750.80 | | $ 1,501.60 |
| Craven | Jessica | $ 2,127.94 | $ 2,127.93 | | $ 4,255.87 |
| Crowder | Delaney | $ 1,505.26 | $ 1,505.25 | | $ 3,010.51 |
| Detloff | Patrick | $ 128.26 | $ 128.26 | | $ 256.52 |
| Detloff | Britnee | $ 1,294.03 | $ 1,294.02 | | $ 2,588.05 |
| Fox | Kaitlyn | $ 943.24 | $ 943.23 | | $ 1,886.47 |
| Gillis | Mariah | $ 409.69 | $ 409.68 | | $ 819.37 |
| Goforth | Emily | $ 693.17 | $ 693.17 | | $ 1,386.34 |
| Goulet | Ian | $ 265.02 | $ 265.02 | | $ 530.04 |
| Goyne | Sarah | $ 262.91 | $ 262.91 | | $ 525.82 |
| Gray | Elegence | $ 1,797.49 | $ 1,797.49 | | $ 3,594.98 |
| Krause | Michael | $ 514.41 | $ 514.40 | | $ 1,028.81 |
| McCarty | Sebastian | $ 1,417.12 | $ 1,417.11 | | $ 2,834.23 |
| McGhee | Jaycen | $ 2,734.15 | $ 2,734.14 | | $ 5,468.29 |
| Mirhashemi | Annabelle | $ 92.48 | $ 92.48 | | $ 184.96 |
| Robinson | Ben | $ 352.53 | $ 352.52 | | $ 705.05 |
| Rovati | Alexandra | $ 572.06 | $ 572.06 | | $ 1,144.12 |
| Shields | Deborah | $ 392.70 | $ 392.69 | | $ 785.39 |
| Varnell | Kristen | $ 2,070.80 | $ 2,070.80 | | $ 4,141.60 |
| Watkins | Abigail | $ 202.23 | $ 202.22 | | $ 404.45 |
| Weston | Samantha | $ 536.69 | $ 536.68 | | $ 1,073.37 |
| Williams | Preston | $ 572.29 | $ 572.29 | | $ 1,144.58 |
| Burson | Michael | $ 4,073.93 | $ 4,073.92 | | $ 8,147.85 |
| Fredette | Madeline | $ 3,351.08 | $ 3,351.08 | | $ 6,702.16 |
| Kline | Dylan | $ 1,465.79 | $ 1,465.79 | | $ 2,931.58 |
| McClintick | William | $ 3,410.15 | $ 3,410.15 | | $ 6,820.30 |

| | | | | | |
|---|---|---|---|---|---|
| Steele | Karibee | $ 1,347.37 | $ 1,347.37 | | $ 2,694.74 |
| Aguilar | Jocelin | $ 369.28 | $ 369.27 | | $ 738.55 |
| Carver | Kiley | $ 1,944.82 | $ 1,944.82 | | $ 3,889.64 |
| Chambers | Emerson | $ 426.60 | $ 426.59 | | $ 853.19 |
| Daneer | Sabree | $ 612.59 | $ 612.59 | | $ 1,225.18 |
| Elizondo | Ernesto | $ 316.47 | $ 316.46 | | $ 632.93 |
| Fedorka | Chasity | $ 2,198.24 | $ 2,198.24 | | $ 4,396.48 |
| Johnston | Jonathan | $ 2,087.60 | $ 2,087.59 | | $ 4,175.19 |
| Karcher | Heidi | $ 2,239.49 | $ 2,239.48 | | $ 4,478.97 |
| Poltis | Chloe | $ 1,681.81 | $ 1,681.81 | | $ 3,363.62 |
| Dempsey | Morgan | $ 1,206.85 | $ 1,206.85 | | $ 2,413.70 |
| Fleming | Brooke | $ 1,876.97 | $ 1,876.97 | | $ 3,753.94 |
| Philbin | Brianna | $ 1,207.14 | $ 1,207.14 | | $ 2,414.28 |
| Brown | Stanley | $ 792.34 | $ 792.33 | | $ 1,584.67 |
| Davis | Jessica | $ 599.49 | $ 599.49 | | $ 1,198.98 |
| Dorman | Trenton | $ 1,304.29 | $ 1,304.29 | | $ 2,608.58 |
| Gunn | Journie | $ 1,067.42 | $ 1,067.42 | | $ 2,134.84 |
| Lambert | Rebecca | $ 2,405.02 | $ 2,405.01 | | $ 4,810.03 |
| LoMonaco | Lucas | $ 133.65 | $ 133.64 | | $ 267.29 |
| Maddox | Sarah | $ 2,085.30 | $ 2,085.29 | | $ 4,170.59 |
| Shore | Kory | $ 1,375.08 | $ 1,375.08 | | $ 2,750.16 |
| Richards (Carlson) | Emily | $ 309.31 | $ 309.31 | | $ 618.62 |
| Cashman | Decklan | $ 1,784.41 | $ 1,784.41 | | $ 3,568.82 |
| Lucas | Georvaughn | $ 2,753.86 | $ 2,753.86 | | $ 5,507.72 |
| Cox | Olivia | $ 269.42 | $ 269.42 | | $ 538.84 |
| Rostampour | Collin | $ 609.26 | $ 609.25 | | $ 1,218.51 |
| Kelley | Noah | $ 927.70 | $ 927.69 | | $ 1,855.39 |
| Payne | Sarah | $ 2,477.93 | $ 2,477.92 | | $ 4,955.85 |
| Osborne | Ashlee | $ 334.13 | $ 334.12 | | $ 668.25 |
| McDonald | Adazia | $ 92.61 | $ 92.61 | | $ 185.22 |
| Thomas | Carter | $ 678.04 | $ 678.04 | | $ 1,356.08 |
| Wise | Zachary | $ 2,039.54 | $ 2,039.53 | | $ 4,079.07 |
| Brown | Marisa | $ 2,685.92 | $ 2,685.92 | | $ 5,371.84 |
| Brady | Jackson | $ 889.78 | $ 889.77 | | $ 1,779.55 |
| Duggan | Daniel | $ 1,658.27 | $ 1,658.26 | | $ 3,316.53 |
| | | $ 97,734.00 | $ 97,733.69 | $ 15,000.00 | $ 210,467.69 |